IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERIBERTO TORRES RIVERA,

    Plaintiff,

v.                                      CASE NO. 4:10-cv-00027-MP-WCS

BERNARD DALEY, JR, DONALD WAYNE WOOD, LINDA GAIL WOOD,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 26, Motion to Discontinue Payments filed by Heriberto Torres Rivera. In accordance with Local Rule 72.2(C), this case is hereby referred back to U.S. Magistrate Judge William C. Sherrill for further proceedings.

**DONE AND ORDERED** this __8th__ day of February, 2011

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge